# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-805-GCM

| | |
|---|---|
| CUSCO FABRICATORS, LLC, *an Ohio limited liability company* <br> Plaintiff, <br><br> v. <br><br> JACK DOHENY COMPANIES, INC., *a Michigan corporation* <br> Defendant. | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Sheldon H. Klein** filed November 22, 2016 [Doc. # 2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Mr. Klein is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Cusco Fabricators, LLC.

**IT IS SO ORDERED.**

Signed: November 29, 2016

Graham C. Mullen
United States District Judge