**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-805-GCM**

| | | |
|---|---|---|
| CUSCO FABRICATORS, LLC, | ) | |
| *an Ohio limited liability company* | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JACK DOHENY COMPANIES, INC., | ) | |
| *a Michigan corporation* | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice*

concerning **Frederick A. Berg** filed November 22, 2016 [Doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of

the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Mr. Berg is admitted to appear before this court *pro*

*hac vice* on behalf of Plaintiff, Cusco Fabricators, LLC.

**IT IS SO ORDERED.**

Signed: November 29, 2016

Graham C. Mullen
United States District Judge