# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:16-CV-805-GCM

| | |
|---|---|
| CUSCO FABRICATORS, LLC, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| JACK DOHENY COMPANIES, INC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Daniel R. W. Rustmann,** filed March 10, 2017 [doc. # 20].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Rustmann is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Cusco Fabricators, LLC.

**IT IS SO ORDERED.**

Signed: March 13, 2017

Graham C. Mullen
United States District Judge