## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

CUSCO FABRICATORS, LLC

Plaintiff,

v.

JACK DOHENY COMPANIES, INC.

Defendant.

Civil Action No. 3:16-CV-00805

## ORDER STAYING LITIGATION

It is hereby ORDERED by the Court that this case is STAYED until January 8, 2018, pending the completion of the terms of the parties' settlement agreement. The Court will continue to have jurisdiction over this matter until its final disposition.

IT IS SO ORDERED.

Signed: October 12, 2017

Graham C. Mullen
United States District Judge