# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| CUSCO FABRICATORS, LLC<br><br>Plaintiff,<br><br>v.<br><br>JACK DOHENY COMPANIES, INC.<br><br>Defendant. | Civil Action No. 3:16-CV-00805 |

## ORDER DISMISSING LITIGATION

It is hereby ORDERED by the Court that this case is DISMISSED WITH PREJUDICE according to the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Signed: January 4, 2018

Graham C. Mullen
United States District Judge